FILED
CLERK U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORGE MURGUIA, | CV 06-7146-AHM (SH) |
| Petitioner, | ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| A. J. MALFI, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the First Amended Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the First Amended Petition filed herein is denied and the action is dismissed with prejudice.

1

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 1, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE