FILED
CLERK U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED
CLERK U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JORGE MURGUIA, | ) CV 06-7146-AHM (SH) |
|        Petitioner, | ) JUDGMENT |
|   v. | ) |
| A. J. MALFI, | ) |
|        Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: July 1, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1